LUCIUS WILMERDING, Appellant, v. WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al., Respondents, and ROBERT KIRKPATRICK et al., Interveners, Respondents.

Argued October 16, 1947; decided November 13, 1947.

*Harold Riegelman, H. H. Nordlinger* and *Robert C. Isaacs* for appellant.

*Charles E. Murphy*, Corporation Counsel (*Charles F. Preusse, W. Bernard Richland* and *Jacob Lutsky* of counsel), for respondent.

Judgments reversed, and the case remitted to the Special Term with directions to dismiss the complaint upon the ground that the issues are moot. No opinion. [See 297 N. Y. 781.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.